UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00259-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOSEPH LYNN SALES, | |
| Defendant. | |

Before the Court is Joanne Diamond's Motion to Withdraw as Counsel for Joseph Lynn Sales. ECF No. 14. The Motion presents facts demonstrating a clear conflict of interest that requires Defendant be assigned new counsel.

Accordingly, IT IS HEREBY ORDERED that Joanne Diamond's Motion to Withdraw as Counsel for Joseph Lynn Sales (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that this matter is referred to the Criminal Justice Act Panel for appointment of counsel. If new counsel has any conflicts or issues in accepting this case, they are to promptly notify this Court so a hearing can be set. New counsel is to promptly contact the Federal Public Defenders Office to make all necessary arrangements to transfer the files and information to new counsel.

Dated this 5th day of April, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE